# EXHIBIT 3

*Defendant Envision's Product Brochure*

# EnVision LED™ x SILVAIR

## The Ultimate Bluetooth Network Lighting Control System














EnVision LED x **SILVAIR** Network Lighting Control System can help streamline your next project an advanced commercial grade wireless Bluetooth® system embedded into your LED fixtures.

Bluetooth®

Exhibit 3

# Why did we partner with SILVAIR ?

Silvair provides solutions for lighting networks compliant with the Bluetooth mesh standard. Designed to support large-scale installations deployed in commercial environments, the platform offers powerful and highly secure commissioning, fine-tuning, and everyday management features, compliant with DLC NLC V5 and other standard regulations. Commissioning has never been so easy, link fixtures wirelessly at the jobsite and commission them wirelessly from your home or office desktop.

## Features & Solutions



Seamless commissioning: No extra wiring or setup



Create zones and grouping of individual fixtures



Occupancy & Vacancy Sensing



Scheduling & Scenes



High & Low End Light Output



On power behavior



Full customizable lighting control parameters



Daylight control of fixtures or zones



Gateway: Gateway is not required but enables energy/occupancy



Energy Dashboard: heatmapping + energy consumption analytics

**DETAIL SPECIFICATIONS**

- Bluetooth Mesh Standard
  - 100’ Range with clear line of sight
- Large Scale: Add up to 8,000 devices on one project
- Low Energy Communication 2.4 GHz
- Bluetooth Mesh Security: https://www.bluetooth.com/blog/bluetooth-mesh-security-overview/
- UL 924 Compliant
- DLC NLC Listed

**REQUIRED TOOLS:**

- Download the SILVAIR app for on site commissioning
- Basic commissioning can be done via mobile phone or tablet
- Advanced commissioning recommended to be done via web browser

GET IT ON Google Play

Download on the App Store



# Compatible Products:

EnVision offers a variety of nodes, sensors, & gateways that enable SILVAIRS software on all of our 0-10V dimmable fixtures. All of our specification sheets are noted with SILVAIR compatibility. Products that support SILVAIR includes:


AREA LIGHTS


BOLLARDS


CANOPIES


CYLINDERS


DOWNLIGHTS


SURFACE LIGHTS


PANELS


STRIPS


TROFFERS


HIGH BAYS (UFO)


HIGH BAYS (LINEAR)


WALL PACKS


FLOOD LIGHTS


VAPOR TIGHTS


WRAPS


ARCHITECTURAL


STAIRWELL

**Individual Fixture Controls: PIR Sensor, Bi-Level Dimming, Daylight**

| | MODEL # | DESIGN | RECOMMENDED FIXTURE | FEATURES |
|---|---|---|---|---|
|  | **S-TWC-PIR-SL** | Twist-C Control Sensor | Sensor Ready Fixtures: Area Lights, Canopies, Flood Lights, High Bays | All models are equipped with PIR occupancy sensing, high & low end bi-level dimming, & daylight sensing. |
|  | **S-TWC-90 + S-TWC-PIR-SL** | Twist-C Control Sensor + 90 Degree Arm | Cylinders, Strips, Wall Packs | |
|  | **S-AUD-PIR-SL** | 2.5m Audio Jack | Panels & Troffers | |
|  | **S-SN-PIR-SL** | Snap In Sensor | Troffers & Wraps | |

**Stand Alone Controls**

| | MODEL # | DESIGN | VOLTAGE | FEATURES | RECOMMENDED FEATURES |
|---|---|---|---|---|---|
|  | **S-CM-PIR-LV-SL** | Ceiling Mounted PIR Sensor | 12-24V | PIR Sensor, Bi-Level Dimming, Daylight, 360° detection, 12' Max Mounting Height | Connects to 0-10V dimmable fixtures |
|  | **S-WM-PIR-CUNV-SL** | Wall Mounted PIR Occupancy Sensor, Bi-Level Dimming, Daylight | 120-277V | On/off PIR occupancy sensor, 180° detection, 30' detection @ 4' Mounting Height | Connects to LED fixtures |
|  | **S-WS-120V-USB** | | 120V | Dimming Wall Socket, Two Sockets | Floor Lamps, Other Lamps |

**Gateway**

| | MODEL # | DESIGN | VOLTAGE | FEATURES | RECOMMENDED FEATURES |
|---|---|---|---|---|---|
|  | **SGW-102** | Wall or Ceiling Mounted | POE | Advanced Energy Monitoring Control | Connects to Silvair Controls. Gateway is not required. |