# EXHIBIT 5

*Exemplary Claim Chart Evidencing Defendant's Infringement of Claim 1 of the '070 Patent*

Patent Number: US 12,455,070 B1
Title: SOLID-STATE LIGHTING FIXTURES WITH SOCKET CONNECTIONS FOR ACCESSORIES AND ACCESSORIES FOR USE THEREWITH
Accused Product:

| Claim Language | Accused Product |
|---|---|
| 1. A lighting fixture assembly comprising: | Accused Product is for "Panels & Troffers," which are lighting fixtures. (Ex. 3)   |
| a body; | Accused Product is for use with a lighting fixture which has "a body" (Ex. 3). Accused Product is expressly disclosed for use with various lighting fixtures, each having a body. (Ex. 3, p. 3).<br>** Direct Infringement where Envision supplies lighting fixture.<br>** Contributory Infringement where Envision supplies the Accused Product for use with a third-party's lighting fixture. |

<table>
<tr><td></td><td>
</td></tr>
<tr><td>a socket, with a socket body extending through an opening in said body,</td><td>Accused Product includes a “socket” with a “socket body” for “extending through an opening in said body” of the lighting fixture.” (Ex. 4)<br><br>“socket body”</td></tr>
<tr><td>wherein said socket body includes a collar and mounting detents spaced therefrom to</td><td>Accused Product includes a “socket body” which “includes a collar and mounting detects spaced therefrom to snap engage a portion of said body about said opening.” (Ex. 4).</td></tr>
</table>

| | |
|---|---|
| snap engage a portion of said body about said opening, |   |
| said socket being externally accessible from outside the body to receive a plug inserted therein; and | Accused Product includes a "socket" which is "externally accessible from outside the body [of the lighting fixture] to receive a plug inserted therein." (Ex. 4).<br>  |
| an accessory having a housing and a plug receivable in said socket, | Accused Product includes "an accessory having a housing and a plug receivable in said socket." (Ex. 4). |

<table>
<tr>
<td></td>
<td>


“plug” – “Mounting & Installation – 2.5 Audio Jack: push & twist lock on design for sensor ready fixtures or with use of 2.5 mm audio jack receptacles.” (Ex. 4).
</td>
</tr>
<tr>
<td>wherein said housing contains at least one communication component which provides wireless communication.</td>
<td>
Accused Product includes a “housing” which “contains at least one communication component which provides wireless communication.” The Accused Product includes Bluetooth connectivity. (Ex. 4).



S-AUD-PIR-SL allows for individual luminaire control and is equipped with both occupancy + daylight sensing. It utilizes a Bluetooth® Low Energy (BLE) mesh network. Commissioning can be set through the SILVAIR mobile app or desktop site.

**Detail Specifications:**
• Input Voltage: 10-14V DC | 50mA
• Operating Temperature: -4-104F°
• Finish: White
• 360° detection
• Max Bluetooth Range: 328’ line of sight
 - Highly dependent on surrounding environment
 - Bluetooth test recommended for range accuracy
• IP Rating: IP20 Damp Location

**Applications:**
• Commercial & Industrial
• Panels & Troffers

**Product Information:**
• PIR motion sensor: Ideal for indoor environments with clear lines of sight to the area of interest. Detects warm objects, good for high vibration, areas of metal.
• Daylight Sensor: controls power consumption of the fixtures based on sunlight levels
• Magnetic Reset: touch the top part of the sensor for 5 seconds
• Include parameter profiles, dimming control, real-time sensor feedback
 - View our SILVAIR guide for full features

**Mounting & Installation:**
• 2.5MM Audio Jack: push & twist lock on design for sensor ready fixtures or with use of 2.5mm audio jack receptacles
• Max Mounting Height: 12ft
• Connect up to 3,000 devices on a zone

**Certifications:**
• UL Listed for USA and CA
• DLC NLC Listed ID NSLVR23CNTRL
• Bluetooth
• Approved for CA T24
• 5 Year Limited Warranty
• FCC CFR 47, GCC Part 15, Subpart B:2017

Bluetooth connectivity
</td>
</tr>
</table>